**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7893**

_____

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

LARRY DARNELL BELCHER, a/k/a Truck,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. Jackson L. Kiser, Senior District Judge. (4:97-cr-70018-JLK-1)

_____

Submitted: April 30, 2015           Decided: May 12, 2015

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Darnell Belcher, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Darnell Belcher appeals the district court's order denying his motion to waive a document retrieval fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Belcher</u>, No. 4:97-cr-70018-JLK-1 (W.D. Va. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>